**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

WILLIE A SMITH,

    Plaintiff,

v.                                                                                    CASE NO. 1:16-cv-00045-MP-GRJ

ASSISTANT WARDEN JEFFCOAT, et al.,

    Defendants.

_____/

### O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 4, 2016. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 6.  I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. The Court acknowledges Plaintiff's reliance on *Medberry v. Butler*, 185 F.3d 1189 (11th Cir. 1999), in which the Eleventh Circuit noted that a prisoner who faced imminent danger at the time of filing may be entitled to the exception. *Id.* at 1192-93. However, the exception has been interpreted to mean that there must be a threat of impending or ongoing danger. *See Martin v. Shelton*, 319 F.3d 1048, 1050 (8th Cir. 2003). Because Plaintiff has been transferred to a new facility, the there is no threat of ongoing harm.

Alternatively, Plaintiff includes a copy of prior grievances to claim that the

administrative process has been exhausted prior to filing. He provides a grievance dated February 25, 2016, in which it is noted that his prior grievance is "being addressed." (Doc. 6 at 2). Plaintiff interprets this response to mean that the process has been exhausted; however, it is evident that the administrative process is ongoing. Therefore, he has not exhausted all administrative remedies prior to filing.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 5, is adopted and incorporated by reference in this order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis*, Doc. 2, is DENIED.

3. This case is DISMISSED WITHOUT PREJUDICE pursuant to the 28 U.S.C. § 1915(g) three-strikes bar and for failure to exhaust administrative remedies.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this *4th* day of April, 2016

                    *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge